IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **JESSIE LEE CARSON, JR.,** | : |
| Petitioner, | : **CASE NO.: 1:11-cv-75 (WLS)** |
| vs. | : |
| **STATE OF GEORGIA,** | : |
| Respondent. | : |

## ORDER

Before the Court is a Recommendation (Doc. #5) from United States Magistrate Judge Thomas Q. Langstaff, filed July 12, 2011. It is recommended that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. No objection has been filed.

Upon full review and consideration of the record, the Court finds that the Recommendation should be, and hereby is, **ACCEPTED** and **ADOPTED** for reason of the findings made and reasons stated therein. Accordingly, Petitioner's petition for habeas corpus is **DENIED**.

SO ORDERED, this   2nd   day of February, 2012.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**